**CHANDLER LAW FIRM**
**ATTORNEYS AT LAW**
Robert C. Chandler, Esq., (SBN 138266)
Carla R. Kralovic, Esq., (SBN 227197)
Floyd F. Fishell, Esq., (SBN 117659)
Christopher L. Nelson, Esq., (SBN 220566)
Holly M. Warga, Esq., (SBN 316343)
3800 Orange Street, Suite 270
Riverside, CA 92501
T: (951) 276-3022
F: (951) 782-0230

JS-6

Attorneys for Defendant:
CHRISTINA DOWNS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| REBECCA TIMMONS, an individual and JOHNATHON P. ROORDA, an individual;<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>CHRISTINA DOWNS, an individual and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. **5:20-cv-02660-KK**<br><br>**ORDER**<br>TO REMAND THE ACTION TO STATE COURT<br><br>Action filed: January 4, 2021<br><br>Action served: January 7, 2021 |

On February 5, 2021, the Parties to the above-referenced Action filed a Stipulation to Remand the pending matter to San Bernardino County Superior Court. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved; and,

2. Eastern District of California case number 5:20-cv-02660-KK styled REBECCA TIMMONS, ET AL. v. CHRISTINA DOWNS, ET AL., is hereby remanded to San Bernardino County Superior Court - Central District.

Dated: February 8, 2021          _____
　　　　　　　　　　　　　　　　　　HON. KENLY KIYA KATO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1